UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JESSICA LINN KIMBLE<br><br>Plaintiff,<br><br>vs.,<br><br>NANCY A. BERRYHILL, Acting COMISSIONER SOCIAL SECURITY<br>Defendant. | Civil No. 3:15-cv-01641-JE<br><br>ORDER TO PAY<br>EAJA FEES |

Jelderks, Magistrate Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's stipulation, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $ 12,637.31 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $10.00 for postage expenses, and $5.00 in photocopying costs pursuant to 28 U.S.C. 1920. Any check issued for EAJA fees or for costs and expenses shall be sent to Plaintiff in care of his attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this   11th   day of   October  , 2017

_/s/ John Jelderks_
UNITED STATES MAGISTRATE JUDGE, John Jelderks